NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JENNIFER STONE AND GARY STONE,
(PARENTS AND NEXT FRIENDS OF),
AMELIA STONE, (A MINOR),**
*Petitioners-Appellants,*

v.

**SECRETARY OF HEALTH AND HUMAN
SERVICES,**
*Respondent-Appellee.*

---

2011-5109

---

Appeal from the United States Court of Federal Claims in case no. 04-VV-1041, Senior Judge Lawrence S. Margolis.

-------------------------------------------------

---

**SCOTT R. HAMMITT,
AS THE LEGAL REPRESENTATIVE OF HIS
MINOR DAUGHTER ,
RACHEL HAMMITT,**
*Petitioners-Appellants,*

v.

## SECRETARY OF HEALTH AND HUMAN SERVICES,
*Respondent-Appellee.*

---

2011-5117

---

Appeal from the United States Court of Federal Claims in case no. 07-VV-170, Judge Thomas C. Wheeler.

---

## ON MOTION

---

## ORDER

Jennifer and Gary Stone move without opposition to consolidate these two cases for oral argument. .

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted to the extent that they will be treated as companion cases for purposes of oral argument. A copy of this order shall be transmitted to the merits panel assigned to hear these appeals. The revised official caption in 2011-5117 is reflected above.

3

FOR THE COURT

**DEC 2 0 2011**                     /s/ Jan Horbaly
_____              _____
Date                                       Jan Horbaly
                                               Clerk

cc:  Richard Gage, Esq.
     Alexis B. Babcock, Esq.
     Curtis R. Webb, Esq.
     Althea W. Davis, Esq.

s21                                              FILED
                                               U.S. COURT OF APPEALS FOR
                                               THE FEDERAL CIRCUIT

                                               DEC 2 0 2011

                                               JAN HORBALY
                                               CLERK